MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Watkins, Latrice Yvette, Beneficary<br><br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>**v.**<br><br>WATKINS, LATRICE YETTE, ESTATE, et al<br><br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case: 2:22-cv-11327<br>Judge: Leitman, Matthew F.<br>MJ: Ivy, Curtis<br>Filed: 06-15-2022 At 02:22 PM<br>CMP LATRICE YVETTE WATKINS V LATRICE YETTE WATKINS ESTATE (SS)<br><br>Jury Trial: ☐ Yes ☑ No<br>*(check one)* |

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

I. **The Parties to This Complaint**

 A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Latrice-Yvette: Watkins, Beneficiary |
| Street Address | in care of 19171 Montrose Street |
| City and County | Detroit, Wayne County |
| State and Zip Code | Michigan 48235 |
| Telephone Number | 313 207-0550 |
| E-mail Address | trice7150@gmail.com |

 B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | LATRICE YETTE WATKINS, ESTATE, st al |
| Job or Title (if known) | |
| Street Address | 1401 West Fort Street #441911 |
| City and County | Detroit, Wayne County |
| State and Zip Code | Michigan, 48244 |
| Telephone Number | N/A |
| E-mail Address (if known) | N/A |

Defendant No. 2

| | |
|---|---|
| Name | N/A |
| Job or Title (if known) | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address (if known) | N/A |

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | N/A |
| Job or Title (if known) | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address (if known) | N/A |

Defendant No. 4

| | |
|---|---|
| Name | N/A |
| Job or Title (if known) | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address (if known) | N/A |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Article III, 8 U.S.C. Section1101(a)(21),26 U.S.C.57701(b)(1)(a)), 26 U.S.C.Section7701(a)(10), 4U.S.C., 12 U.S. CODE Section 95a(2), U.S. Code section 3123,12 U.S. Code section 411, ect

See attached

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an ~~individual~~ natural women
      The plaintiff, (name) Latrice-Yvette: Watkins,
      is a citizen of the State of (name) Michigander.

   b. If the plaintiff is a corporation
      The plaintiff, (name) N/A,
      is incorporated under the laws of the State of (name) N/A, and has its principal place of business in the State of (name) N/A.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, (name) N/A, is a citizen of the State of (name) N/A. Or is a citizen of (foreign nation) N/A.

   b. If the defendant is a corporation
      The defendant, (name) LATRICE YETTE WATKII, is incorporated under the laws of the State of (name) MICHIGAN, and has its principal place of business in the State of (name) Michigan. Or is incorporated under the laws of (foreign nation) N/A, and has its principal place of business in (name) N/A.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
The fraility, limits, abuse, misuse, non disclosure, and fraud of a minor account.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plantiff: Im due relief because it is my Birth Right.

Defendant: Committed Fraud of___dissclosure of true contracts, accountings on ledger and off, misuse of assets, ect
from July 15, 1997 to the current

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

BC Bond # 1979- 0078429 State / Lf 12143

CUSIP'S HERE: To be Furnished upon request
AND ANY AND ALL UNKOWN/WITHHELD

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June  15  , 2022  .

Signature of Plaintiff   *Latrice-Yvette: Watkins Beneficiary*
Printed Name of Plaintiff   Latrice-Yvette: Watkins, nunc pro tunc

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**
Special, Private, Priority

SPECIAL DEPOSIT

JS 44 (Rev. 10/20) **CIVIL COVER SHEET** County in which action arose: Wayne

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Latrice-Yvette: Watkins, Beneficiary

### DEFENDANTS
LATRICE YETTE WATKINS, ESTATE

**(b)** County of Residence of First Listed Plaintiff   N/A
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Wayne
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
N/A

Attorneys *(If Known)*
N/A

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☒ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☒ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

160

### V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
See attached
Brief description of cause:
See attached

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE   N/A
DOCKET NUMBER   N/A

DATE
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE

## PURSUANT TO LOCAL RULE 83.11

1.     Is this a case that has been previously dismissed?     ☐ Yes   ☒ No

   If yes, give the following information:

   Court: N/A

   Case No.: N/A

   Judge: N/A

2.     Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)     ☐ Yes   ☒ No

   If yes, give the following information:

   Court: N/A

   Case No.: N/A

   Judge: N/A

Notes : None




June 15, 2022

The Honorable Clerk and Master
United States Court of Appeals for the Federal Circuit
Detroit, Michigan, United States of America

Dear Clerk,
The suit included herewithin is a special cause relating to evidence and documents of a private proprietary and confidential nature. We request the following special requirement by this honorable court be met in order to protect and preserve the ends of justice and the rights and interest of the parties to this suit:

(1) grant suitor leave of the court to enter into the exclusive original jurisdiction of equity.
(2) Seal the cause on the register chancery
(3) Comment suit and proceed under seal, ex parte
(4) Assign judge under authority of article III, §2, subd. 1 of this constitution for the United States of America
(5) Schedule evidentiary hearing with judge in private chambers to enter private, proprietary evidence in support of the suit.
(6) That the honorable court grant an immediate review and determination
(7) Issue process in the form of this courts subpoena

The suit to be specially deposited on the record are included herewith as follows:

Carretera Federal 307 km. 305 Playa del Carmen, Q. Roo, México.
Tel. (984) 877 3600 USA-CAN 1-866-GOSECRETS
www.secretsresorts.com

Exhibit 1 Page 1 of 2





SECRETS
Maroma Beach
RIVIERA CANCUN

1. motion for leave of the court to enter into the original exclusive jurisdiction of this court and petition to seal, ex parte
2. notice of conflict and variance, original bill 4. affidavit in support of bill 5. table of authorities 6. notice of the law of trust 8. notice of the law suit.

Please contact me if i may be any help to you or your staff. Your prompt attention in this matter is greatly appreciated and i thank you in advance for your service in this cause.

Yours Truly,

Watkins, Latrice Yvette

witness, By: Damita Collette Johnson El Bey (L.S.)    suitor

Damita Collette Johnson El Bey    In care of 19171 Montrose Street

witness, By: Gale Annetta Goodman El Bey    Detroit, Michigan

Gale Annetta Goodman El Bey    united states of america

witness, By: Bert-William: Dean

Bert-William: Dean nog Jr

THE amResorts COLLECTION    ZOETRY    SECRETS    breathless    DREAMS    now    REFLECT    SUNSCAPE

Carretera Federal 307 km. 305 Playa del Carmen, Q. Roo, México.
Tel. (984) 877 3600 USA-CAN 1-866-GOSECRETS
www.secretsresorts.com

Exhibit 1 Page 2 of 2





**SECRETS**
*Maroma Beach*
RIVIERA CANCUN

I.

Complaint: Latrice Yvette Watkins                    Defendant: The LATRICE YETTE WATKINS, et al.
County: Wayne                                         under seal
County: Wayne, County where cause arose               County: Wayne

II

exclusive equity jurisdiction under article iii § 2 subdivision 1 of this written constitution for the united states of america

III

complainant is a private citizen of the united states, american-national privately residing within the union member state of Michigan, within a non-military occupied private estate and outside a "federal district" and not subject to the jurisdiction of the "united states".

IV

appeal to the chief justice of the united states for the federal circuit for private evidentiary hearing in chambers

V

nature of suit is extraordinary, special, exigent and private restricted, confidential, proprietary and privileged, **not for publication**

THE amresorts COLLECTION | ZOËTRY | SECRETS | breathless | DREAMS | now | REFLECT | SUNSCAPE

Carretera Federal 307 km. 305 Playa del Carmen, Q. Roo, México.
Tel. (984) 877 3600 USA-CAN 1-866-GOSECRETS
www.secretsresorts.com

Exhibit 2   Page 1 of 2





## VI

this special cause is miscellaneous filling on the register in chancery pursuant to this constitution for the united states of america, article III § subdivision 1 to enforce a private express trust; judiciary act 1789 § 11, § 16, 320, first congress session one

## VII

Class action: no
dollar demand:
jury demand: no

## VIII

this cause is not related to any other action at law

THE aMRESORTS COLLECTION | ZOETRY | SECRETS | breathless | DREAMS | now | REFLECT | SUNSCAPE

Carretera Federal 307 km. 305 Playa del Carmen, Q. Roo, México.
Tel. (984) 877 3600 USA-CAN 1-866-GOSECRETS
www.secretsresorts.com

Exhibit 2 Page 2 of 2

